# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Anthony Leon Campbell, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Chuck Barney, Mayor of Minot, Leann ) | |
| Bertsch, Director, Department of ) | |
| Corrections and Rehabilitation, Steve ) | |
| Kukowski, Sheriff and Jail Commissioner, ) | Case No. 4:15-cv-141 |
| Ward County, and Paul Othoff, ) | |
| Commander, Ward County Jail, ) | |
| ) | |
| Defendants. ) | |

Before the court is a "Motion to Disclose" filed by plaintiff on April 11, 2016. Plaintiff is seeking an order from the court directing defendants to provide him with discovery pertaining to an incident alleged to have occurred on October 7, 2016. The motion (Docket No. 15) is **DENIED** for two reasons.

First, and most importantly, the incident referenced in the motion is not the subject of the action that the court has authorized plaintiff to bring. Rather, plaintiff's pending action is limited to proceeding with claims against Kukowski and Othoff regarding his alleged exposure to toxic black mold, unsanitary bedding, unsanitary clothing, and contaminated drinking water, and any discovery is limited to what is relevant to these matters.

Second, the court will stay all discovery in the above action until defendants have had an opportunity to answer the complaint and the court has entered its scheduling/discovery order.

**IT IS SO ORDERED.**

Dated this 26th day of April, 2016.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr.
>  United States Magistrate Judge